Amy R. Patton, Bar No. 26735
arp@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California  90245
Telephone: (310) 689-1750
Facsimile:  (310) 689-1755

and

Seth R. Ogden (*pro hac vice* to be filed)
sro@iplawgroup.com
Patterson Intellectual Property Law, P.C.
1600 Division Street, Suite 500
Nashville, TN  37203
Telephone: (615) 242-2400
Facsimile:  (615) 242-2221

Attorneys for Plaintiff
BTL Industries, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BTL Industries, Inc., | CASE NO. 2:23-cv-01523-PHX-GMS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Bella Estetica LLC and Ivone Palomino | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES OF RECORD, AND THEIR COUNSEL**:

PLEASE TAKE NOTICE that Plaintiff BTL Industries, Inc. ("BTL") and Defendants Bella Estetica LLC and Ivone Palomino ("Defendants") have reached an agreement to settle this matter. The parties have already executed a written settlement agreement, but performance under that agreement may take up to thirty (30) days from the date of this notice. BTL will promptly dismiss this action once Defendants perform under the settlement agreement or, if Defendants fail to perform, will promptly take their default after the thirty-day period has expired.

In light of the foregoing, BTL respectfully requests that the Order to Show Cause Regarding dismissal set for August 31, 2023 (Dkt. 14) be continued to on or after October 4, 2023.

Respectfully submitted,

DATED: August 28, 2023

/s/ *Amy R. Patton*
Amy R. Patton
arm@paynefears.com
PAYNE & FEARS LLP
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

and

Seth R. Ogden (*pro hac vice* to be filed)
sro@iplawgroup.com
Patterson Intellectual Property Law, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

Attorneys for Plaintiff
BTL Industries, Inc.

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 200 N. Pacific Coast Highway, Suite 825, El Segundo, CA 90245.

On August 28, 2023, I served a true copy of the following document described as:

# NOTICE OF SETTLEMENT

on the interested parties in this action as follows:

**BELLA ESTETICA LLC**
**1011 North Arizona Avenue**
**Chandler, AZ 85225**

**IVONE PALOMINO**
**1011 North Arizona Avenue**
**Chandler, AZ 85225**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 28, 2023, at El Segundo, California.

                                            /s/ Brenda Mingleton
                                            Brenda Mingleton

4881-3772-2236.1