Amy R. Patton, Bar No. 26735
arp@paynefears.com
**PAYNE & FEARS LLP**
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

-and-

Seth R. Ogden (*pro hac vice* to be filed)
sro@iplawgroup.com
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

Attorneys for Plaintiff
BTL Industries, Inc.

*PAYNE & FEARS LLP*
*ATTORNEYS AT LAW*
*4 PARK PLAZA, SUITE 1100*
*IRVINE, CALIFORNIA 92614*
*(949) 851-1100*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BTL INDUSTRIES, INC., | CASE NO. 2:23-cv-01523-GMS |
| Plaintiff, | _____ |
| v. | **JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| BELLA ESTETICA LLC and IVONE PALOMINO, | **Judge: Hon. G. Murray Snow** |
| Defendants. | |

Pursuant to the parties' agreement, as described in the attached Consent Judgment and Permanent Injunction, Plaintiff BTL Industries, Inc. ("Plaintiff" or "BTL") requests that the Court enter the proposed Consent Judgment and Permanent Injunction, attached hereto as a Proposed Order.

---

DATED: September 21, 2023          PAYNE & FEARS LLP

/s/ Amy R. Patton
Amy R. Patton, Bar No. 26735
arp@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
200 N. Pacific Coast Highway, Suite 825
El Segundo, California 90245
Telephone: (310) 689-1750
Facsimile: (310) 689-1755

- and –

Seth R. Ogden (*pro hac vice* to be filed)
sro@iplawgroup.com
PATTERSON INTELLECTUAL
PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

Attorneys for Plaintiff
BTL Industries, Inc.

Ivonne Palomino
Bella Estetica LLC

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2023, a true and correct copy of JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

*Patricia David*
Patricia David, an Employee of
Payne & Fears LLP

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

-2-
MOTION TO APPROVE CONSENT JUDGMENT AND PERMANENT INJUNCTION